IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-442 |
| | ) | |
| JONATHAN TROWERY | ) | |

**ORDER**

AND NOW, this __12__ day of May, 2025, upon consideration of the

Amended Motion for Competency Hearing, it is hereby ORDERED, ADJUDGED

AND DECREED that the motion is GRANTED;

IT IS FURTHER ORDERED that Jonathan Trowery be placed in the custody

of the Attorney General of the United States and transferred to a Bureau of Prisons

Federal Medical Center for a competency evaluation to be conducted by a licensed

or certified psychiatrist or psychologist, pursuant to 18 U.S.C. §§ 4241(b) & 4247(b).

A report of evaluation shall be prepared and filed with this Court and copies of it

shall be provided to counsel for Mr. Trowery and for the government, pursuant to 18

U.S.C. §§ 4241(b) & 4247(c). Upon receipt, and upon further order of Court, a

hearing will be scheduled to determine whether Mr. Trowery may presently be

suffering from a mental disease or defect which renders him mentally incompetent

to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist in his defense, pursuant to 18 U.S.C. §§ 4241(c)

and 4247(d).

William S. Stickman
United States District Judge

cc: Counsel of record